UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOUHEEDAH BARKELY; PETER BARKLEY,

                Plaintiff,

-against-

OTTISVILE CORRECTIONAL FACILITY; CORRECTIONAL OFFICERS; SUPERINTENDENT,

                Defendants.

24cv3647 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 21, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge